```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    25cv805(DLC)
LYNK MEDIA, LLC,                         :
                                         :        ORDER
                            Plaintiff,   :
              -v-                        :
                                         :
AUDACY NEW YORK, LLC,                    :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The complaint in this case was filed on January 28, 2025. An Order of February 5 scheduled an initial pretrial conference for April 4. On February 11, the defendant waived service of summons such that the answer is due April 7. Accordingly, it is hereby

ORDERED that the April 4 initial pretrial conference is adjourned to **April 11, 2025** at **3:00 p.m.**

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on the defendant and file proof of such service on ECF by **February 14, 2025.**

Dated:   New York, New York
         February 11, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge